Tyneia Merritt, Esq.   SBN: 235750
**MERRITT LAW INC.**
8300 Utica Avenue, Suite 193
Rancho Cucamonga, CA  91730
Telephone:   (909) 476-0651
Facsimile:    (909) 476-7029

Attorneys for Movant, HSBC BANK USA
as Trustee for SEQMT 2007-3

UNITED STATES BANKRUTPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN HAI DANG<br><br>Debtor. | **BANKRUPTCY CASE NO: 10-57266**<br>**Docket Control No:**   TGM-1<br>**Chapter 13**<br><br>**DECLARATION OF TYNEIA MERRITT IN SUPPORT OF MOTION FOR RELIEF RE:  DEBTOR'S FAILURE  TO FILE BRIEF** |
| HSBC BANK USA as Trustee for SEQMT 2007-3<br><br>Movant,<br><br>vs.<br><br>TUAN HAI DANG,<br><br>Respondents. | **HEARING DATE**<br><br>DATE:  October 6, 2010<br>TIME:   2:15 p.m.<br><br>Judge:  Hon. Arthur Weissbrodt |

DECLARATION OF TYNEIA MERRITT

I, Tyneia Merritt, declare and state the following:

1. I am an attorney for Movant in the unlawful detainer case.  I have personal

DECLARATION OF TYNEIA MERRITT RE: DEBTOR'S FAILURE TO FILE BRIEF

knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age.

2. This declaration supports Movant's Motion for Relief from Automatic Stay relating to the residential real property commonly known as 493 VERANO COURT, SAN JOSE, CA 95111 ("Property").

3. On September 1, 2010, the Movant's motion for relief from stay was heard. The Motion for Relief was continued to October 6, 2010.

4. On September 1, 2010, Judge Weissbrodt ordered debtor to file a brief by September 15, 2010.

**5. The debtor has failed to file a brief by September 15, 2010.**

6. The debtor has not served any brief on the Movant or Movant's counsel.

7. As of September 1, 2010, the debtor has not filed any brief with the Court. A copy of the Case History dated September 17, 2010 is attached as Exhibit A in the above-entitled case.

8. Movant respectfully requests that it's Motion for Relief be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on September 17, 2010 at Rancho Cucamonga, California.

TYNEIA MERRITT, ESQ.
Declarant

10-57266 Tuan Hai Dang
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Arthur S. Weissbrodt
**Date filed:** 07/15/2010 **Date of last filing:** 09/13/2010

# History

| Doc. No. | Dates | Description |
|---|---|---|
| -- | Filed & Entered: 07/15/2010 | Receipt Number and Filing Fee |
| 1 | Filed & Entered: 07/15/2010 | Voluntary Petition (Chapter 13) |
| 2 | Filed & Entered: 07/15/2010<br>Terminated: 07/15/2010 | Application to Pay Filing Fees in Installments |
| 3 | Filed & Entered: 07/15/2010 | Order on Application to Pay Filing Fees in Installments |
| 4 | Filed & Entered: 07/15/2010 | Statement of Social Security Number |
| 5 | Filed & Entered: 07/16/2010 | Order to File Missing Documents |
| 6 | Filed & Entered: 07/16/2010 | Order Providing for Dismissal |
| 7 | Filed & Entered: 07/17/2010 | BNC Certificate of Mailing - Order for Payment of Filing Fees in Installments |
| 8 | Filed & Entered: 07/18/2010 | BNC Certificate of Mailing |
| 9 | Filed & Entered: 07/18/2010 | BNC Certificate of Mailing |
| 11 | Filed: 07/23/2010<br>Entered: 07/26/2010<br>Terminated: 07/27/2010 | Motion to Extend Time |
| 10 | Filed & Entered: 07/26/2010 | Request for Notice |
| 12 | Filed & Entered: 07/27/2010 | Meeting of Creditors Chapter 13 |
| 13 | Filed: 07/27/2010<br>Entered: 07/28/2010 | Order on Motion to Extend Time |
| -- | Filed & Entered: 07/28/2010 | Update Other Deadlines (Bk) |
| 14 | Filed & Entered: 07/29/2010 | BNC Certificate of Mailing - Meeting of Creditors |
| 15 | Filed & Entered: 07/29/2010 | BNC Certificate of Mailing - PDF Plan |

**EXHIBIT A**

| 16 | Filed & Entered: | 07/30/2010 | BNC Certificate of Mailing |
|---|---|---|---|
| -- | Filed & Entered: | 08/03/2010 | Receipt Number and Filing Fee |
| 17 | Filed: Entered: | 08/03/2010 08/04/2010 | Schedule A |
| 18 | Filed: Entered: | 08/03/2010 08/04/2010 | Amended Creditor Matrix (Fee) |
| -- | Filed & Entered: | 08/10/2010 | Receipt |
| 19 | Filed & Entered: | 08/10/2010 | Motion for Relief From Stay |
| -- | Filed & Entered: | 08/16/2010 | Receipt of Installment Payment (First) |
| 20 | Filed & Entered: | 08/20/2010 | Hearing Set |
| 21 | Filed & Entered: Terminated: | 08/20/2010 08/24/2010 | Motion to Extend Time |
| 22 | Filed & Entered: | 08/23/2010 | Trustee's Objection to Confirmation of Plan (batch) |
| 23 | Filed & Entered: | 08/24/2010 | Order on Motion to Extend Time |
| 24 | Filed: Entered: | 08/24/2010 08/25/2010 | Opposition Brief/Memorandum |
| 25 | Filed & Entered: | 08/26/2010 | BNC Certificate of Mailing |
| 26 | Filed: Entered: | 08/27/2010 08/30/2010 | Opposition Brief/Memorandum |
| 27 | Filed & Entered: | 08/30/2010 | Reply |
| 28 | Filed: Entered: | 08/30/2010 08/31/2010 | Chapter 13 Plan |
| 29 | Filed: Entered: | 08/30/2010 08/31/2010 | Chapter 13 Statement of Current Monthly and Disposable Income |
| 30 | Filed: Entered: | 08/30/2010 08/31/2010 | Summary of Schedules |
| 30 | Filed: Entered: | 08/30/2010 08/31/2010 | Statistical Summary of Certain Liabilities |
| 30 | Filed: Entered: | 08/30/2010 08/31/2010 | Schedule A |
| 30 | Filed: Entered: | 08/30/2010 08/31/2010 | Schedule B |

| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Schedule C |
| --- | --- | --- | --- |
| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Schedule D |
| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Schedule E |
| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Schedule F |
| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Schedule G |
| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Schedule I |
| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Schedule J |
| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Declaration |
| 30 | Filed:<br>Entered: | 08/30/2010<br>08/31/2010 | 🔵 Statement of Financial Affairs |
| 31 | Filed:<br>Entered: | 08/31/2010<br>09/02/2010 | 🔵 Motion to Compel |
| -- | Filed:<br>Entered: | 09/01/2010<br>09/16/2010 | 🔵 Hearing Continued/Rescheduled (BK) |
| -- | Filed &<br>Entered: | 09/02/2010 | 🔵 Meeting of Creditors Held |
| -- | Filed &<br>Entered: | 09/13/2010 | 🔵 Receipt of Installment Payment (First) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 09/17/2010 12:18:13 | | | |
| PACER Login: | me2439 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 10-57266 Type: History |
| Billable Pages: | 2 | Cost: | 0.16 |

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 8300 UTICA AVENUE, SUITE 193, Rancho Cucamonga, CA 91730.

On 9/17/10, I served the foregoing document described as **DECLARATION OF TYNEIA MERRITT IN SUPPORT OF MOTION FOR RELIEF RE: DEBTOR'S FAILURE TO FILE BRIEF** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

TUAN HAI DANG
3674 ROSE TERRASSE CIRCLE
SAN JOSE, CA 95148

OFFICE OF THE US TRUSTEE
280 S. 1st Street, Suite 268
San Jose, CA 95113

DEVIN DERHAM-BURK
PO BOX 50013
SAN JOSE, CA 95150

[ X ] By Mail
[ X ] *I deposited such envelope in the mail at Rancho Cucamonga, California. The envelope was mailed with postage thereon fully prepared.

[ ] By Fax: I faxed the above referenced documents to:

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Rancho Cucamonga, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

( ) BY overnight delivery. By delivering to Ontrac, an overnight delivery service, in an envelope designated by Ontrac with delivery fees paid or provided for, addressed to the individual at the address listed above and/or attached mailing list. Date of Deposit:. Location of Deposit: Rancho Cucamonga, California.

[x] I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on 9/17/10, at Rancho Cucamonga, California.

VICTORIA HERBERT
Type or Print Name                                    Signature